**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 23, 2014

---

RULE 46 NOTICE - BRIEF/APPENDIX

---

No. 14-4166, US v. Ireshia Summers
5:13-cr-00006-H-2

TO: Renorda Eulissa Pryor

**BRIEF/APPENDIX DUE: 10/08/2014**

The court has not received the briefing documents identified below, which are now overdue under this court's briefing order. Please take notice that these documents must be received in the clerk's office with a motion to extend filing time, or the default must be otherwise remedied by the above due date. The deadlines for any subsequent briefs will be extended after filing of the past-due brief. Counsel's noncompliance with court deadlines is subject to referral to the Standing Panel on Attorney Discipline pursuant to Local Rule 46(g). An appellee who does not file a brief will not be heard at oral argument except by permission of the court pursuant to Fed. R. App. P. 31(c). An appellee not intending to file a response brief must file a **notice that no brief will be filed.**

---

[ ] Opening brief

---

[ ] Appendix

---

[XX] Opening brief and appendix

---

[ ] Response brief

---

[ ] Opening/response brief

---

[ ] Response/reply brief

[ ] FRAP 30(c) page-proof opening brief

[ ] FRAP 30(c) page-proof response brief

[ ] FRAP 30(c) page-proof opening/response brief

[ ] Intervenor's brief

[ ] Supplemental brief

Cathy Poulsen, Deputy Clerk
804-916-2704